**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESUS O. TRUJILLO,<br><br>              Plaintiff,<br><br>vs.<br><br>MESQUITE GAMING LLC,<br><br>              Defendant. | 2:15-cv-00145-JCM-CWH<br><br>**<u>ORDER</u>** |

Before the court is Defendant's Motion to Extend Time regarding Early Neutral Evaluation.  (#9).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Extend Time regarding Early Neutral Evaluation (#9) is scheduled for 11:00 a.m., August 6, 2015, in courtroom 3D.

DATED this 16th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE