# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JESUS O. TRUJILLO,

        Plaintiff,

vs.

MESQUITE GAMING LLC,

        Defendant.

2:15-cv-00145-JCM-CWH

**ORDER**

      Before the court is Defendant's Motion to Extend Time regarding Early Neutral Evaluation. (#9). Clerk's judgment was entered on July 20, 2015 (#14).

      Accordingly,

      IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Extend Time regarding Early Neutral Evaluation (#9) scheduled for 11:00 a.m., August 6, 2015 is VACATED.

      IT IS FURTHER ORDERED that the Early Neutral Evaluation scheduled for September 10, 2015 is VACATED.

      DATED this 20th day of July, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE